**FILED**

MAY 2 1 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WALTER SKINNER,<br><br>　　　　　　Defendant. | No. 13-MJ-70065 HRL<br><br>[~~PROPOSED~~] ORDER CONTINUING ARRAIGNMENT AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the arraignment currently scheduled for Thursday, May 23 2013, shall be continued to Thursday, June 20, 2013, at 1:30 p.m.

It is further ordered that the time from January 22, 2013, to June 20, 2013, inclusive, shall be excluded from the computation of time within which an information or indictment shall be filed under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(b), (h)(7)(A), and (h)(7)(B)(iv), as well as a waiver of the time within which an indictment returned or preliminary hearing should be conducted, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, up

////

1 | through and including May 23, 2013.

3 | Dated: 5/21/2013

HON. HOWARD R. LLOYD
United States Magistrate Judge

[Proposed] Order Excluding Time
11-MJ-70065 HRL

2