MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5054
    FAX: (408) 535-5061
    E-Mail:  timothy.lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 13 – MJ – 70065 MAG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| WALTER SKINNER, | ) | |
| Defendant. | ) | |

Defendant Walter Skinner and the United States hereby stipulate and mutually agree that the status hearing as to the defendant's evaluation for possible diversion, currently scheduled for Thursday, October 17, 2013, at 10:30 a.m., should be continued to Monday, October 28, 2013, at 8:30 a.m., to permit the parties to review the initial report from Pretrial Services.

Accordingly, the parties further stipulate that the time from October 17, 2013, through and including October 28, 2013, may be excluded from the computation of time within which an information or indictment shall be filed under the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation, pursuant to Title 18, United States Code Section 3161(b), (h)(7)(A),

1  (h)(7)(B)(iv), as well as a mutual stipulation to waive time for an indictment or preliminary hearing,
2  pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, up to and including July 9, 2013, based
3  on the need for effective preparation of counsel as well as the defendant's evaluation for diversion.

4  **IT IS SO STIPULATED.**

5  Dated:  October 17, 2013

/s/_____
TIMOTHY LUCEY
Assistant United States Attorney

9  Dated:  October 17, 2013

/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

12  **IT IS SO ORDERED.**

14  DATED: October 17, 2013

_____
HON. PAUL S. GREWAL
United States Magistrate Judge

2