1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

**FILED**

APR 1 0 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

4 | TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorneys

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95115
Telephone: (408) 535-5054

7 | FAX: (408) 535-5061
E-Mail: timothy.lucey@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,                 ) CASE NO. CR 13 – MJ – 70065 MAG
                                             )
15 |        Plaintiff,                         ) STIPULATION AND [PROPOSED] ORDER
                                             )
16 | v.                                        )
                                             )
17 | WALTER SKINNER,                           )
                                             )
18 |        Defendant.                         )
                                             )
19 |                                           )
                                             )
20

21 |        Defendant Walter Skinner and the United States hereby stipulate and mutually agree that the

22 | status hearing as to the defendant's evaluation for possible diversion, currently scheduled for Thursday,

23 | April 10, 2014, at 1:30 p.m., should be continued to Monday, May 12, 2014, at 8:30 a.m., to permit the

24 | parties to exchange further information relative to the consideration of the defendant's potential

25 | diversion, relative to the prior report from Pretrial Services.

26 |        Accordingly, the parties further stipulate that the time from April 10, 2014, through and

27 | including May 12, 2014, may be excluded from the computation of time within which an information or

28 | indictment shall be filed under the Speedy Trial Act, in order to ensure the reasonable time necessary for

1   effective preparation, pursuant to Title 18, United States Code Section 3161(b), (h)(7)(A), (h)(7)(B)(iv),

2   as well as a mutual stipulation to waive time for an indictment or preliminary hearing, pursuant to Rule

3   5.1 of the Federal Rules of Criminal Procedure, up to and including May 12, 2014, based on the need for

4   effective preparation of counsel as well as the defendant's evaluation for diversion.

5          **IT IS SO STIPULATED.**

6   Dated: April 10, 2014

7
                                              /s/_____
8                                             TIMOTHY LUCEY
                                              Assistant United States Attorney
9

10  Dated: April 10, 2014

11                                            /s/_____
                                              CYNTHIA C. LIE
12                                            Assistant Federal Public Defender

13         **IT IS SO ORDERED.**

14

15  DATED:        4|10|14

16                                            _____
                                              HON. HOWARD R. LLOYD
17                                            United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28