1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-MJ-70065 HRL |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| | ) | ARRAIGNMENT AND EXCLUDING |
| vs. | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| WALTER SKINNER, | ) | **The Honorable Howard R. Lloyd** |
| | ) | |
| Defendant. | ) | |

15    Good cause appearing and by stipulation of the parties, it is hereby ordered that the

16  preliminary hearing and arraignment currently scheduled for Tuesday, June 2, 2014, shall be

17  continued to Thursday, June 26, 2014, at 1:30 p.m.

18    It is further ordered that the time from June 2, 2014, to June 26, 2014, shall be excluded

19  from the computation of time within which an information or indictment shall be filed under the

20  Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant

21  to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv), and the time within

22  which a preliminary hearing shall be conducted pursuant to Rule 5.1(a) and (c) of the Federal

23  Rules of Criminal Procedure.

24  Dated: June 2 , 2014

25  HON. HOWARD R. LLOYD
United States Magistrate Judge

26