MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5054
    FAX: (408) 535-5061
    E-Mail: timothy.lucey@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13 – MJ – 70065 MAG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | |
| WALTER SKINNER, | |
| Defendant. | |

    Defendant Walter Skinner and the United States hereby stipulate and mutually agree that the status hearing as to the defendant's evaluation for possible diversion, currently scheduled for Tuesday, October 28, 2014, at 1:30 p.m., should be continued to Tuesday, November 18, 2014, at 1:30 p.m., to permit the parties to exchange further information relative to the consideration of the defendant's potential diversion, relative to the prior report from Pretrial Services, specifically the precise calculation of the amount of restitution and accompanying repayment schedule.

    Accordingly, the parties further stipulate that the time from October 28, 2014, through and including November 18, 2014, may be excluded from the computation of time within which an

1  information or indictment shall be filed under the Speedy Trial Act, in order to ensure the reasonable
2  time necessary for effective preparation, pursuant to Title 18, United States Code Section 3161(b),
3  (h)(7)(A), (h)(7)(B)(iv), as well as a mutual stipulation to waive time for an indictment or preliminary
4  hearing, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, up to and including November
5  18, 2014, based on the need for effective preparation of counsel as well as the defendant's evaluation for
6  diversion and the terms thereto.

**IT IS SO STIPULATED.**

Dated: October 27, 2014

/s/
TIMOTHY LUCEY
Assistant United States Attorney

Dated: October 27, 2014

/s/
CYNTHIA C. LIE
Assistant Federal Public Defender

**IT IS SO ORDERED.**

DATED: 10/27/14

HON. HOWARD R. LLOYD
United States Magistrate Judge