1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorneys
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95115
        Telephone: (408) 535-5054
7       FAX: (408) 535-5061
        E-Mail:  timothy.lucey@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,           )  CASE NO. CR 13 – MJ – 70065 MAG
                                        )
15         Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                        )
16  v.                                  )
                                        )
17  WALTER SKINNER,                     )
                                        )
18         Defendant.                   )
                                        )
19                                      )
                                        )
20

21         Defendant Walter Skinner and the United States hereby stipulate and mutually agree that the

22  status hearing as to the defendant's evaluation for possible diversion, currently scheduled for Friday,

23  December 12, 2014, at 1:30 p.m., should be continued to Tuesday, January 13, 2015, at 1:30 p.m., to

24  permit the parties to exchange further information relative to the consideration of the defendant's

25  potential diversion, relative to the prior report from Pretrial Services, specifically the precise calculation

26  of the amount of restitution, the accompanying repayment schedule, and the amount of defendant's

27  initial payment at the time of the execution of the diversion agreement under consideration.

28         Accordingly, the parties further stipulate that the time from December 12, 2014, through and

1 | including January 13, 2015, may be excluded from the computation of time within which an information
2 | or indictment shall be filed under the Speedy Trial Act, in order to ensure the reasonable time necessary
3 | for effective preparation, pursuant to Title 18, United States Code Section 3161(b), (h)(7)(A),
4 | (h)(7)(B)(iv), as well as a mutual stipulation to waive time for an indictment or preliminary hearing,
5 | pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, up to and including January 13, 2015,
6 | based on the need for effective preparation of counsel as well as the defendant's evaluation for diversion
7 | and the terms thereto.

**IT IS SO STIPULATED.**

Dated: December 12, 2014

/s/
TIMOTHY LUCEY
Assistant United States Attorney

Dated: December 12, 2014

/s/
CYNTHIA C. LIE
Assistant Federal Public Defender

**IT IS SO ORDERED.**

DATED: 12/12/14

HON. HOWARD R. LLOYD
United States Magistrate Judge