BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5054
    FAX: (408) 535-5061
    E-Mail: timothy.lucey@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13 – MJ – 70065 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| WALTER SKINNER, | |
| Defendant. | |

    Defendant Walter Skinner and the United States hereby stipulate and mutually agree that the status hearing as to the defendant's evaluation for possible diversion, currently scheduled for Thursday, November 19, 2015, at 1:30 p.m., should be continued to Friday, December 4, 2015, at 1:30 p.m., due to the need for continuity of counsel for the defendant as well as to permit the parties to exchange additional information relative to the consideration of the defendant's potential diversion, relative to the prior report from Pretrial Services, specifically the precise calculation of the amount of restitution, the accompanying repayment schedule, the amount of defendant's initial payment at the time of the execution of the diversion agreement under consideration, and the length of the term of diversion.

Accordingly, the parties further stipulate that the time from November 19, 2015, through and including December 4, 2015, may be excluded from the computation of time within which an information or indictment shall be filed under the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation as well as continuity of counsel, pursuant to Title 18, United States Code Section 3161(b), (h)(7)(A), (h)(7)(B)(iv), as well as a mutual stipulation to waive time for an indictment or preliminary hearing, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, up to and including December 4, 2015, based on the need for effective preparation of counsel as well as the defendant's evaluation for diversion and the terms thereto.

**IT IS SO STIPULATED.**

Dated: November 19, 2015

/s/
TIMOTHY LUCEY
Assistant United States Attorney

Dated: November 19, 2015

/s/
ROBERT CARLIN
Assistant Federal Public Defender

**IT IS SO ORDERED.**

DATED: 11/19/15

HON. HOWARD R. LLOYD
United States Magistrate Judge