DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

**FILED**
JUL 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 13-MJ-70065 |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| WALTER M. SKINNER, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint against Walter M. Skinner without prejudice.

DATED: 7/23/2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/_____
HALLIE HOFFMAN
Chief, Criminal Division

NOTICE OF DISMISSAL
No. MJ-13-70065 _____
7/10/2018

v.

Leave is granted to the government to dismiss the complaint against Walter M. Skinner.

Date: July 24, 2019

HON. VIRGINIA K. DeMARCHI
United States Magistrate Judge

NOTICE OF DISMISSAL
No. MJ-13-70065
7/10/2018
v.